UNITED STATES *v.* BLISS & LAUGHLIN, INC.

No. 367.   Decided November 5, 1962.

*Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States.

*W. Donald McSweeney* and *Maurice Jones, Jr.* for appellee.

PER CURIAM.

The judgment is vacated and the case is remanded for reconsideration in light of *Brown Shoe Co.* v. *United States,* 370 U. S. 294.